■ SCOTT CONLEY et al., Appellants, v JAMES D. RYAN et al., Respondents, et al., Defendant. [620 NYS2d 975] —Appeal by the plaintiffs from a judgment of the Supreme Court, Dutchess County (Hillery, J.), dated August 13, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Hillery in her decision and order at the Supreme Court. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.